CHRISTIAN VORLANDER AND OTHERS v. A. J. HOKENSON AND ANOTHER.
A. J. HOKENSON, APPELLANT.[1]

January 23, 1920.

No. 21,625.

**Case followed.**

Action in the district court for Hennepin county for judgment directing defendant James G. Houghton, as inspector of buildings, to cancel a pretended permit, issued to defendant Hokenson, to construct a certain three-story brick apartment building and for a temporary injunction restraining Hokenson and others acting under him from erecting the building. From an order, Bardwell, J., granting a temporary injunction and from the writ of injunction, defendant Hokenson appealed. Reversed.

*Thompson, Hessian & Fletcher*, for appellant.

*Rieke & Hamrum*, for respondent.

PER CURIAM.

The facts bring this case within the rule stated and applied in State v. Houghton, 134 Minn. 226, 158 N. W. 1017, and State v. City of Minneapolis, 136 Minn. 479, 162 N. W. 477. No distinction in point of substance can be

[1]Reported in 175 N. W. 995.

made between the facts there presented and those here before the court, and the decisions there rendered are followed and applied.

The order appealed from is therefore reversed.